**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **Case No. CR-24-127-SLP** |
| | ) | |
| **CESAR AZAMAR AGUILAR,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO DISMISS INDICTMENT**

The United States of America, pursuant to Federal Rule of Criminal Procedure 48(a), respectfully moves this Court to dismiss without prejudice the Indictment in the above-styled case. Such action would best meet the ends of justice for the following reasons:

On March 19, 2024, the Grand Jury returned an indictment in the above-styled case charging the defendant(s) with a drug conspiracy. Recently, on May 21, 2024, the Grand Jury returned a superseding indictment in *United States v. Denis Leal Gutierrez, et al.*, CR-24-130-SLP, charging fifteen persons, including persons who are defendant(s) in the above-styled case, with drug-related crimes. The charged conduct in *United States v. Denis Leal Gutierrez*, CR-24-130-SLP, encompasses the charged conduct in the above-styled case.

The United States therefore requests that the Court enter an Order dismissing, without prejudice, the Indictment filed on March 19, 2024, in the interests of justice.

Respectfully submitted,

s/*Nick Coffey*

NICK COFFEY
Bar Number: 32754
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700 (Office)
(405) 553-8888 (Fax)
Nicholas.Coffey2@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

s/ NICK COFFEY
NICK COFFEY
Assistant U.S. Attorney